UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURED TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-2,<br><br>Plaintiff,<br><br>v.<br><br>DEANE C. NAULT, et al.,<br><br>Defendants. | Case No. C10-1734-RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This action is **REMANDED** to King County Superior Court. *See* 28 U.S.C. § 1447(c).

(3) Defendants' amended applications to proceed in forma pauperis (Dkt. 6) are denied as **MOOT**.

(4) The Clerk is directed to **CLOSE** the case.

(5) The Clerk is directed to send copies of this Order to defendants and to Judge

///

ORDER OF DISMISSAL- 1

1  Tsuchida.

2     DATED this 8th day of December, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 2